

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2018

No. 04-16-00508-CR

Miguel **AGUILAR**, **JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRS1753 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The court has considered the appellant's motion for en banc reconsideration, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2018.



Keith E. Hottle
Clerk of Court